Joseph Almany, d/b/a J.A. Imports and David Jordan, Inc., as described in the complaint of The United States of America, plaintiff, and in Plaintiff's First Request for Admissions and as deemed conclusively established by Order dated January 13, 1999, constitutes fraudulent violations of 19 U.S.C. § 1592, and it is further

ORDERED that defendants Joseph Almany, d/b/a J.A. Imports and David Jordan, Inc. are jointly and severally liable to The United States of America, plaintiff, for a civil penalty by reason of fraudulent violations of 19 U.S.C. § 1592, and it is further

ORDERED that the parties propose scheduling, jointly or separately, for determining the amount of the civil penalty.

UNITED STATES of America, Plaintiff

v.

**HITACHI AMERICA, LTD. and Hitachi, Ltd. Defendant,**

**Slip Op. 99–119.
Court No. 93–06–00373.**

United States Court of
International Trade.

Nov. 3, 1999.

**FINAL JUDGMENT
RE: DEFENDANT
HITACHI LTD.**

MUSGRAVE, Judge.

This matter having been remanded from the decision of the Court of Appeals of the Federal Circuit in *United States v. Hitachi America, Ltd.,* Nos. 97–1431, 97–1447 and 97–1452, *see* 172 F.3d 1319 (1999), upon consideration of subsequent papers and proceedings and in conformity with said decision, it is

ORDERED that judgment in favor of Hitachi Ltd. against the United States of America be, and it hereby is, entered; and it is further

ORDERED, ADJUDGED AND DECREED that Hitachi Ltd. be, and it hereby is, dismissed with prejudice as a defendant to this action.